MINUTE ENTRY
MOORE, M.J.
MARCH 11, 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                      NO. 00-31

TURNER TAYLOR                               SECTION "K"

### INITIAL APPEARANCE SUPERVISED RELEASE VIOLATION

APPEARANCES:  X / DEFENDANT WITH/WITHOUT COUNSEL _____
              X / ASST. U. S. ATTORNEY  MAURICE LANDRIEU - *Duane Evans for*
              X / PROBATION OFFICER DARYL NAQUIN
              __ / INTERPRETER, _____, SWORN (TIME: ___.M. TO ___.M.)

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF PETITION/RULE TO REVOKE: READ (SUMMARIZED) WAIVED

__ / DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

X / REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS
X / FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT
__ / DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT
__ / BOND SET AT _____

X / DEFENDANT REMANDED TO THE CUSTODY OF THE U. S. MARSHAL
__ / DEFENDANT RELEASED ON BOND
__ / DEFENDANT INFORMED THAT HEARING TO DETERMINE COUNSEL IS SET FOR

X / DEFENDANT INFORMED THAT PRELIMINARY HEARING IS SET FOR
   *March 21, 2005 at 2:00 p.m.*
X / DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR
   *held*

X / RULE TO REVOKE SUPERVISED RELEASE WILL BE SET
    BEFORE UNITED STATES DISTRICT JUDGE STANWOOD R. DUVAL, JR.

___ Fee____
___ Process____
 X  Dktd____
 ✓  CRmDep____
___ Doc. No____

MJSTAR: :05