MINUTE ENTRY
March 11, 2005
MOORE, M.J.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA      CRIMINAL ACTION

VERSUS      NO. 00-31

Turner Taylor      SECTION: K

### DETENTION HEARING

PRESENT:    X/DEFENDANT

          X/COUNSEL FOR THE DEFENDANT Valerie Jusselin
          500 Poydras St., New Orleans LA 70130

          X/ASST. U.S. ATTORNEY Duane Evans for Maurice Landrieu

          _/INTERPRETER _____
          (Interpreter designated by the Court and sworn. Time _____ M. to _____ M.)

          _/GOVERNMENT WITNESS(ES) _____

          _/DEFENSE WITNESS(ES) _____

MJSTAR: :04

___ Fee
___ Process
_X_ Dktd
___ CtrmDep
___ Doc. No

_Turner Taylor_  
DEFENDANT

00-31 K  
CASE NO.

THE COURT ORDERS AFTER HEARING TESTIMONY PRESENTED IN THE ABOVE CAPTIONED MATTER:

\_/ DEFENDANT IS ENTITLED TO RELEASE. BOND SET AT

_____

SPECIAL CONDITIONS: (1) HE SHALL NOT COMMIT A FEDERAL, STATE OR LOCAL CRIME DURING THE PERIOD OF RELEASE; (2) HE SHALL NOT INTERFERE WITH, INTIMIDATE, THREATEN, HARM, OR INFLUENCE ANY JUROR, GOVERNMENT WITNESSES, VICTIMS OR FEDERAL AGENTS.

_____

_____

_____

\_/ DEFENDANT EXECUTED THE BOND AND WAS RELEASED.

\_/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL UNTIL BOND IS PERFECTED.

X/ DEFENDANT IS NOT ENTITLED TO RELEASE.

X/ DEFENDANT IS ORDERED DETAINED AND REMANDED TO THE CUSTODY OF THE U.S. MARSHAL.

X/ WRITTEN FINDINGS AND STATEMENT OF REASONS ORDERING DETENTION FILED.

\_/ IT IS STIPULATED THAT IF THE AGENT WERE CALLED TO TESTIFY, SAID TESTIMONY WOULD BE CONSISTENT WITH THAT CONTAINED IN THE COMPLAINT/AFFIDAVIT.

\_/ IT IS STIPULATED THAT IF THE PRETRIAL SERVICES/PROBATION OFFICER WERE CALLED TO TESTIFY, SAID TESTIMONY WOULD BE CONSISTENT WITH THAT CONTAINED IN HIS/HER REPORT.

X/ THE DEFENDANT WAIVED/~~STIPULATED~~ TO DETENTION RESERVING ~~HIS~~/HER RIGHT TO REOPEN

\_/ OTHER: _____