# United States District Court

## EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR 14 PM 4:01

LORETTA G. WHYTE
CLERK

UNITED STATES OF AMERICA

V.

**WARRANT FOR ARREST**

TURNER TAYLOR
3301 Garden Oaks Dr., #152
New Orleans, LA  70114

CASE NUMBER: CR 00-31 K(4)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Turner Taylor** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

( ) Indictment    ( ) Information    ( ) Complaint    ( ) Order of Court    ( ) Probation Violation Petition    (X) Supervised Release Violation Petition    ( ) Violation Notice

charging him or her with alleged violations of supervised release

in violation of Title United States Code, Section(s)

**LORETTA G. WHYTE**
Name of Issuing Officer

**CLERK**
Title of Issuing Officer

**February 28, 2005   New Orleans, Louisiana**
Date and Location

Signature of Issuing Officer
*Carmille Rose*
(By) Deputy Clerk

Bail fixed at $_____    by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at
3301 Garden Oaks, Apt 152, New Orleans, LA.

Fee ___
Process ___
Dkid ___
CrimDup ___
Doc Up ___

| DATE RECEIVED 2/28/05 | NAME AND TITLE OF ARRESTING OFFICER Dave Farrell DUSM | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 3/11/05 | | |

# THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____