

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR 14 PM 2: 46

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-031 |
| v. | * | SECTION: "K" |
| TURNER TAYLOR | * | |

\* \* \*

### RULE TO REVOKE SUPERVISED RELEASE

**NOW INTO COURT** comes the United States of America, through the undersigned Assistant United States Attorney, and respectfully represents:

I.

On July 7, 2000, defendant, TURNER TAYLOR was sentenced to 46 months by the Honorable Stanwood R. Duval, Jr. for violating Title 18, United States Code, Section 922(g)(1) and 924(a)(1), possession of a firearm by a convicted felon. In addition to the term of imprisonment, TAYLOR was placed on 3 years of supervised release. Details of the defendant's sentence and supervised release are set forth in Exhibit "A" attached hereto and made a part hereof by reference.

Fee_____
Process_____
X Dktd_____
✓ CtRmDep_____
__ Doc. No._____

II.

Defendant has violated the terms of his supervised release in the manner set forth in Exhibit "A" attached hereto and made part hereof by reference.

WHEREFORE, the government prays that the defendant TURNER TAYLOR be brought before this Court and a copy of this Rule be served upon him, and that he be ordered to show cause, if any he can, on the _13th_ day of _April_ 2005, at _9:00 a_.m., before United States District Judge Stanwood Duval, Jr., at the United States District Court., 3rd Floor, New Orleans, Louisiana, why his supervised release ordered on July 7, 2000 should not be revoked for violation of its terms and conditions.

Respectfully submitted,
JIM LETTEN
UNITED STATES ATTORNEY

_Maurice E. Landrieu_ (signature)
MAURICE E. LANDRIEU
Assistant United States Attorney
LA. Bar Roll No. 22104
Hale Boggs Federal Building
501 Magazine Street, Second Floor
New Orleans, Louisiana 70130
Telephone: (504) 680-3015

**CERTIFICATE OF SERVICE**
I certify that a copy of the foregoing has been served upon counsel for all parties by mailing the same to each, properly addressed and postage prepaid this _14_ day of _March_, 20_05_.
_Maurice Landrieu_ (signature)
Assistant United States Attorney

Prob12C (7/93)

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 FEB 28 AM 8:18
LORETTA G. WHYTE
CLERK

### PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

**Name of Offender:** TURNER TAYLOR  **Case Number:** 053L 2:00CR00031-001K

**Name of Sentencing Judicial Officer:** Honorable Stanwood R. Duval Jr.

**Offense:** 18 U.S.C. 922(g)(1) and 924(a)(1) - Possession of a firearm by a convicted felon

**Date of Sentence:** July 07, 2000

**Sentence:** 46 months in the custody of the Bureau of Prisons, to be followed by three years supervised release. A $100.00 special assessment fee was also ordered.

**Special Conditions:**

1. Drug testing/treatment

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** July 17, 2003

**Assistant U.S. Attorney:** Maurice Landrieu  **Defense Attorney:** Valerie Jusselin

---

### PETITIONING THE COURT

[ X ] To issue a warrant                                   [ ] To issue a summons

For the arrest of Turner Taylor for alleged violations of Supervised Release, and that he be brought before this court to answer a Rule to Show Cause Why Supervised Release Should Not Be Revoked.

---

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| Mandatory Condition: | On December 26, 2004, Taylor was arrested by personnel of the New Orleans Police Department and charged with criminal trespassing. On December 27, 2004, Taylor pled guilty as charged. He was sentenced to ten days in the Parish Prison or a $150.00 fine. Taylor paid the $150.00 fine and was ordered released. |
| Special Condition No. 1: | On December 14, 2004, Taylor submitted a urine specimen to personnel of the U.S. Probation Office which tested positive for cocaine and morphine. Also, on January 13, 2005, Taylor admitted to this officer that he has been using heroin and marijuana on a regular basis since his last drug positive on December 14, 2004. |
|  | On January 21, 2005, Taylor was admitted into Charity Hospital for medical detoxification. After completing detoxification, Taylor was admitted into Odessey House of Louisiana to undergo long term residential treatment for his drug addiction. On January 29, 2005, Taylor terminated the program against medical advice. |

___ Fee ___
___ Process ___
X  Dktd ___
___ CtRmDep ___
___ Doc. No ___

**CUSTODIAL STATUS:**

Turner Taylor is not in federal custody at this time.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 22, 2005

_____
Daryl A. Naquin
U.S. Probation Officer

REVIEWED BY:

_____
Matthew G. Arseneaux
Supervising U. S. Probation Officer

---

**THE COURT ORDERS**

[ ] No Action
[X] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

2/25/05
Date

CLERK'S OFFICE
A TRUE COPY
FEB 28 2005
Deputy Clerk, U.S. District Court
Eastern District Of Louisiana
New Orleans, La.

Address of Offender:   3301 Garden Oaks Dr., #152
                       New Orleans, LA 70114

THE CLERK IS DIRECTED TO DISTRIBUTE COPIES TO THE FOLLOWING ONLY:
    Original       - Clerk's Office
    1 Copy Certified   - U.S. Attorney
    1 Copy Certified   - U.S. Marshal's Office
    2 Copies Certified - U.S. Probation Office

**NOTICE TO THE AUSA:** DO NOT PREPARE THE RULE UNTIL AFTER THE OFFENDER APPEARS FOR THE INITIAL APPEARANCE HEARING



# United States District Court

## EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

V.

TURNER TAYLOR
3301 Garden Oaks Dr., #152
New Orleans, LA 70114

WARRANT FOR ARREST

CASE NUMBER: CR 00-31 K(4)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Turner Taylor** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

( ) Indictment    ( ) Information    ( ) Complaint    ( ) Order of Court    ( ) Probation Violation Petition    (X) Supervised Release Violation Petition    ( ) Violation Notice

charging him or her with alleged violations of supervised release

in violation of Title United States Code, Section(s)

**LORETTA G. WHYTE**
Name of Issuing Officer

**CLERK**
Title of Issuing Officer

Signature of Issuing Officer
*C. Rose*
(By) Deputy Clerk

**February 28, 2005   New Orleans, Louisiana**
Date and Location

Bail fixed at $_____   by _____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |