UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-31 |
| v. | * | SECTION: "K" |
| TURNER TAYLOR | * | |

\* \* \*

### ORDER

Considering the foregoing Rule to Revoke Supervised Release;

IT IS HEREBY ORDERED that the defendant TURNER TAYLOR show cause before the Court at 9:00 a.m., on the 13th day of April, 2005, why supervised release granted to him on July 7, 2000 should not be revoked.

New Orleans, Louisiana, this 16th day of March, 2005.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No._____