MINUTE ENTRY
DUVAL, J.
April 13, 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 00-31 |
| TURNER TAYLOR | SECTION: K (4) |

**SENTENCING**

COURTROOM DEPUTY: SHEENA DEMAS
COURT RECORDER: CYNTHIA CRAWFORD

APPEARANCES:   Maurice Landrieu, AUSA,
 Valerie Jusselin, Attorney for Defendant
 Darryl Naquin, USPO
 Turner Taylor, Defendant

A rule to revoke supervised release was held on April 13, 2005 before Judge Stanwood R. Duval, Jr. See judgment and order revoking defendant's supervised release imposed.

JS-10 (:20)

Fee
Process
X  Dktd
 ✓ CtRmDep
Doc. No.