RECEIVED
UNITED STATES MARSHAL
2005 JUL 29 - AM 11: 52
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 AUG -2 PM 4: 32
LORETTA G. WHYTE
CLERK

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 APR 25 PM 2: 20
LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 00-31 |
| TURNER TAYLOR | SECTION "K" |

## JUDGMENT AND ORDER REVOKING SUPERVISED RELEASE

On April 13, 2005, defendant, Turner Taylor, appeared in Court with his counsel, Valerie Jusselin on a Rule to Show Cause Why His Supervised Release Should Not Be Revoked for violation of the terms of his supervised release which were imposed by this Court on July 7, 2000, for violation of 18 U.S.C. § 922(g)(1); 924(a)(2). At that time, the Court ordered that defendant be placed on supervised release for a term of 3 years as to Count 1 of the Indictment, with stipulated conditions. After hearing the joint oral stipulation by the defendant, The Court states that defendant did violate the terms and conditions of his supervised release.

Accordingly,

**IT IS ORDERED, ADJUDGED AND DECREED** that the Judgment and Order of supervised release of July 7, 2000, be and is hereby **RECALLED, REVOKED AND SET ASIDE.**

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No_____

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No_____

**IT IS ORDERED, ADJUDGED AND DECREED** that the defendant, Turner Taylor is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 6 months.

**IT IS ORDERED** that Turner Taylor be remanded to the United States Marshal.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Clerk deliver a certified copy of this Judgment and Commitment to the United States Marshal or other qualified officer and that same shall serve as the commitment herein.

New Orleans, Louisiana, this 24th day of April, 2005.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
A CERTIFIED TRUE COPY
APR 26 2005
Deputy Clerk, U.S. District Court
Eastern District Of Louisiana
New Orleans, La.

Defendant delivered on 7-22-05 to FCC Beaumont with a Certified copy of this order

R Childress
Warden

Linda Harris
LTE

2